

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

*Alexander B. Bowerman*
*Direct Dial: (215) 861-8662*
*Facsimile: (215) 861-8618*
*E-mail Address: alexander.bowerman@usdoj.gov*

October 20, 2023

Mark Ciamaichelo
U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

    Re: *United States v. Rakiem Savage et al.*, Crim. No. 23-454

Dear Mr. Ciamaichelo:

    Please unseal the indictment in the above-captioned case, *United States. v. Rakiem Savage et al.*, Crim. No. 23-454, which was returned by the grand jury on October 18, 2023.

    Sincerely,

    Jacqueline C. Romero
    United States Attorney

    /s/ Alexander B. Bowerman
    Alexander B. Bowerman
    Special Assistant U.S. Attorney

    /s/ Timothy M. Lanni
    Timothy M. Lanni
    Assistant United States Attorney