# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| v. | NO. 23-454 |
| **RAKIEM SAVAGE** <br> **HANEEF PALMER** | |

### O R D E R

**AND NOW**, this 3rd day of July, 2024, upon consideration of Defendants' Motion to Suppress (ECF No. 81), and the Government's opposition thereto (ECF No. 89), it is **HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**